■ TRACEY L. GLASS et al., Respondents, v ANTHONY M. CALIMERI, Appellant. [831 NYS2d 90]—Appeal from an order of the Supreme Court, Chautauqua County (John T. Ward, Jr., A.J.), entered May 9, 2006 in a personal injury action. The order denied defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.